# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **JEANNE BLACK,** <br><br> **Defendant.** | **PO-15-5140** <br> **VIOLATION:5015052** <br> **Location Code: M13** <br><br> **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the above violation citation is DISMISSED.

DATED this 1st day of October, 2015.

_____
John Johnston
United States Magistrate Judge